IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-M-1462 (GJR)

**DENNIS LEE JONES,**

**Plaintiff,**

**vs.**

**STAN HILKEY, in his capacity as Sheriff for the COUNTY OF MESA; GLENN WILSON, individually and in his capacity as a deputy sheriff for the COUNTY OF MESA; and DOES 1-25, inclusive,**

**Defendants.**

## ORDER VACATING SETTLEMENT CONFERENCE
## and RECUSAL OF THE MAGISTRATE JUDGE

On June 21, 2005 I was contacted by counsel for the parties and advised that Christopher Seidman, my law partner in the firm of Withers, Seidman and Rice PC, had represented the plaintiff, Dennis Lee Jones, in claims for worker's compensation disability benefits and Social Security disability benefits arising out of a 1992 injury.

Dennis Lee Jones, the plaintiff in the above captioned matter, acknowledges in his complaint for damages that he has been on Social Security disability since 1993 and alleges that as a consequence of the actions of the defendants he has suffered new and additional injuries.

Since Mr. Seidman represented Mr. Jones in his earlier claims for disability and since a potential issue in the matter now before the court is whether the plaintiff has suffered new and additional injuries, it appears, considering the guidelines set forth in 28 USC 455 (a) and (b)(1)&(2), appropriate that I disqualify myself from any further involvement in this matter.

I therefore recuse myself from handling further proceedings in this matter and order that the pending settlement conference set for July 14, 2005 at 2:00 PM be vacated. The scheduling order entered on Februray 8, 2005 shall otherwise remain unchanged and shall be amended only upon good cause shown.

DATED this 7th day of July, 2005.

BY THE COURT:

/s/ Gudrun Rice

U.S. Magistrate Judge Gudrun Rice