IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01462-RPM

DENNIS LEE JONES,

       Plaintiff,

v.

STAN HILKEY in his capacity as Sheriff for the County of Mesa, and
GLENN WILSON, individually, and in his capacity as a deputy sheriff for the County of Mesa,

       Defendants.
_____

ORDER VACATING ORDER OF REFERENCE
_____

       Upon receipt of the order of Magistrate Judge Gudrun Rice, dated July 7, 2005, vacating settlement conference and recusing herself from further involvement in this civil action and upon review of the scheduling order of February 8, 2005, setting September 1, 2005, as the deadline for filing dispositive motions and there being no other magistrate judge available in Grand Junction, Colorado, to whom this matter can be reassigned, it is now

       ORDERED that the order of reference of October 15, 2004, is vacated and this matter will be scheduled for a pretrial conference after the dispositive motion deadline has passed if no dispositive motions are filed.  It is anticipated that trial of this matter

will be held in Grand Junction, Colorado.

DATED: July 13th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge