IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01462-RPM

DENNIS LEE JONES,

        Plaintiff,

v.

STAN HILKEY and
GLENN WILSON,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. Virginia Wentz
    Secretary


    Pursuant to the stipulated withdrawal without prejudice of sheriff defendants' motion to dismiss State law claims, filed on October 12, 2004, sheriff defendants' motion to dismiss State law claims, filed on September 22, 2004, is stricken from the active docket.


Dated: August 3, 2005