IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01462-RPM

DENNIS LEE JONES,

    Plaintiff,

v.

GLENN WILSON, individually and
in his individual capacity as a deputy sheriff for the County of Mesa,

    Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to the hearing convened on February 7, 2006, it is

    ORDERED that a pretrial conference is scheduled for **April 14, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by E-mail to **Matsch_Chambers@cod.uscourts.gov** by April 6, 2006.

    DATED: February 8, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge