IN THE UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01462-RPM

DENNIS LEE JONES,

      Plaintiff,

v.

STAN HILKEY in his capacity as Sheriff for the
COUNTY OF MESA;
GLENN WILSON, individually and
in his capacity as a deputy sheriff for the County of Mesa; and
DOES 1-25, inclusive,

      Defendants.
_____

ORDER OF DISMISSAL OF STAN HILKEY IN HIS CAPACITY AS SHERIFF FOR THE
COUNTY OF MESA
_____

      Pursuant to the hearing on Defendants' Motion for Summary Judgment convened on February 7, 2006, it is

      ORDERED that the motion is granted with respect to defendant Stan Hilkey and the action and complaint against him are dismissed.

      DATED: February 8th, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge