IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01462-RPM-CBS

DENNIS LEE JONES,

    Plaintiff,

v.

GLENN WILSON, individually and
in his capacity as a deputy sheriff for the County of Mesa ,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Wilson's Unopposed Motion to Vacate Magistrate Judge Settlement Conference (filed April 21, 2006; *doc. no. 77*) is **GRANTED**.  The settlement conference set for May 1, 2006, is **VACATED**.

    Upon resolution of the appeal before the U.S. Court of Appeals for the Tenth Circuit, a settlement conference will be reset, at the request of the parties; after they have conferred and determined that such a conference would be of assistance.

**DATED:**    April 25, 2006