IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1462-RPM-CBS

DENNIS LEE JONES,
               Plaintiff,

v.

STAN HILKEY in his capacity as Sheriff for the
COUNTY OF MESA;
GLENN WILSON, individually and in his capacity as a
deputy sheriff for the COUNTY OF MESA; and
DOES 1-25, inclusive.
               Defendants.

_____

**ORDER OF DISMISSAL, WITH PREJUDICE**
_____

THIS MATTER came before the Court on the parties' "Joint Motion for Dismissal, With Prejudice." The Court, being fully advised in the premises, hereby ORDERS:

The last remaining Defendant, Glenn Wilson, and all the claims against him, are hereby dismissed, with prejudice. The parties are to bear their own costs and expenses.

Dated this 22nd day of May, 2006.

               BY THE COURT:

               s/Richard P. Matsch
               _____
               U. S. District Court Judge